NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LISA Y. ALFORD,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1720

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-491, Chief Judge Michael P. Allen.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Lisa Y. Alford's unopposed motions to "permit Kenneth H. Dojaquez to enter an appearance as lead counsel for the purpose of withdrawing this appeal on behalf of the appellant in this matter," ECF No. 21 at 1, and to withdraw this appeal, with each party to bear its own costs, ECF No. 23,

2                                                    ALFORD v. COLLINS

IT IS ORDERED THAT:

(1)  The motions, ECF Nos. 21 and 23, are granted.  Mr. Dojaquez's entry of appearance, ECF No. 22, is accepted for filing.  The appeal is withdrawn.

(2)  Each side shall bear its own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

January 9, 2026
      Date

ISSUED AS A MANDATE:  January 9, 2026